# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2011

142950 & (3)

ERIC L. VANDUSSEN,
         Plaintiff,

v                                                                       SC: 142950

COURT OF APPEALS,
         Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered and, in lieu of granting relief at this time, we REMAND this case to the Court of Appeals to articulate the reason why "the fair administration of justice" warrants the denial of the plaintiff's request to film oral argument on May 10, 2011. Administrative Order 1989-1(2)(b).

We retain jurisdiction. On remand, the Court of Appeals shall issue an order on or before May 2, 2011, and shall immediately file a copy of that order with the Clerk of the Supreme Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2011

y0427

Clerk